UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>ARHAM & AYDIN INVESTMENT, INC., *et al.*,<br><br>Defendants. | CASE NO.: 4:26-cv-03853 |

**APPENDIX IN SUPPORT OF PLAINTIFF, JOE HAND PROMOTIONS, INC.'S**
**MOTION FOR FINAL DEFAULT JUDGMENT AND SUPPORTING BRIEF**

Plaintiff, Joe Hand Promotions, Inc., by and through its attorney, files this its Appendix in support of Plaintiff, Joe Hand Promotions, Inc.'s Motion for Final Default Judgment and Supporting Brief, as follows:

| **Exhibits** | **Description** | **Appendix Page Nos.** |
|---|---|---|
| Exhibit A: | Attached as Exhibit A and incorporated by reference are<br><br>(1) True and correct copies of the Certificate of Formation and the Texas Franchise Tax Public Information Reports for Report years 2021-2022, 2024-2025 (taxpayer number redacted) for Arham & Aydin Investment, Inc. from the Texas Secretary of State, | 5-15 |

| **Exhibits** | **Description** | **Appendix Page Nos.** |
|---|---|---|
| | (2) A certified copy of the Texas Limited Sales, Excise, and Use Tax Permit inquiry (taxpayer number redacted) issued to Arham & Aydin Investment, Inc. for the business known as Daiquiri Island To Go #14 located at 1602 Cypress Creek Pkwy, Houston, Texas 77090 from the Texas Comptroller of Public Accounts, and<br><br>(3) True and correct copies of the Business Records Affidavit, the Public Inquiry, and the alcohol permit issued to Arham & Aydin Investment Inc. for the business known as Daiquiri Island To Go #14 located at 1602 Cypress Creek Pkwy, Houston, Texas 77090 from the Texas Alcoholic Beverage Commission. | |
| Exhibit B: | Attached as Exhibit B and incorporated by reference is the Declaration of Joseph P. Hand, III, President of Plaintiff, Joe Hand Promotions, Inc. | 16-24 |
| Exhibit B(1): | Attached as Exhibit B(1) and incorporated by reference is a true and correct copy of the Commercial Licensing Agreement (redacted) for the August 5, 2023 audiovisual closed-circuit telecast of the *Jake Paul vs. Nate Diaz* boxing program, which includes all undercard bouts and commentary (the "Program"). | 25-37 |
| Exhibit B(2): | Attached as Exhibit B(2) and incorporated by reference is a true and correct copy of the Rate Card for the Program. | 38-39 |
| Exhibit B(3): | Attached as Exhibit B(3) and incorporated by reference is a true and correct copy of the Affidavit of Eugenio Alemany along with pictures and videos. | 40-53 |
| Exhibit C: | Attached as Exhibit C and incorporated by reference is the Declaration of Ryan R. Janis, Esq. | 54-56 |

| **Exhibits** | **Description** | **Appendix Page Nos.** |
|---|---|---|
| Exhibit C(1): | Attached as Exhibit C(1) and incorporated by reference is a screen shot from social media, namely the Instagram Page with the username of "daiquiriislandtogo," advertising the broadcast of the Program stating, in part, "Daiquiri Island Togo would like to invite everyone to come and enjoy this event with us…#daiquiris #paulvsdiaz…#payperview…" | 57-58 |
| Exhibit D: | Attached as Exhibit D and incorporated by reference is the Declaration for Attorney's Fees and Costs. | 59-64 |
| Exhibit D(1): | Attached as Exhibit D(1) and incorporated by reference are true and correct copies of the invoices from Professional Civil Process. | 65-67 |

Respectfully submitted,

JAMIE KING, P.C.

*/s/ Jamie King*

Jamie King
Attorney-in-Charge
State Bar No. 24043755
SDTX No. 566838
P.O. Box 5757
Kingwood, Texas 77325
(832) 584-0106 Telephone
(888) 247-0443 Facsimile
jamie@jamiekingpc.com

ATTORNEY FOR PLAINTIFF,
JOE HAND PROMOTIONS, INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on this 8th day of September, 2026 as follows:

*Via U.S. Mail, Postage Prepaid and Certified Mail, Return Receipt Requested upon:*

Arham & Aydin Investment, Inc.
c/o Zeeshan Fareed
138 Southmore Ave.
Pasadena, Texas 77502

Arham & Aydin Investment, Inc.
1602 Cypress Creek Parkway
Houston, Texas 77090

Zeeshan Fareed
138 Southmore Ave.
Pasadena, Texas 77502

*/s/ Jamie King*
Jamie King

9/8/2026
Date