UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>ARHAM & AYDIN INVESTMENT, INC., *et al.*,<br><br>Defendants. | CASE NO.: 4:26-cv-03853 |

**<u>EXHIBIT A</u>**

**Form 201**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

THE STATE OF TEXAS

# Certificate of Formation
# For-Profit Corporation

**Filed in the Office of the Secretary of State of Texas**
**Filing #: 803630208 05/26/2020**
**Document #: 972476940005**
**Image Generated Electronically for Web Filing**

## Article 1 - Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

**Arham & Aydin Investment, Inc.**

The name must contain the word "corporation," "company," "incorporated," "limited," or an abbreviation of one of these terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

## Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
**Zeeshan Fareed**

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**138 Southmore Ave Pasadena TX 77502**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

## Article 3 - Directors

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are set forth below:

Director 1: **Numan Ali**

Address: **138 Southmore Ave Pasadena TX, USA 77502**

Director 2: **Zeeshan Fareed**

Address: **138 Southmore Ave Pasadena TX, USA 77502**

## Article 4 - Authorized Shares

The total number of shares the corporation is authorized to issue and the par value of each of such shares, or a statement that such shares are without par value, is set forth below.

| Number of Shares | Par Value (must choose and complete either A or B) | Class | Series |
|---|---|---|---|
| **10,000.00** | ☑ A. has a par value of $**1.00**<br>☐ B. without par value. | | |

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, and the par value (or statement of no par value), of each class. If shares of a class are to be issued in series, you must provide the designation of each series. The preferences, limitations, and relative rights of each class or series must be stated in space provided for supplemental information.

## Article 5 - Purpose

The purpose for which the corporation is organized is for the transaction of any and all lawful business for which corporations may be organized under the Texas Business Organizations Code.

## Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

## Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Organizer

The name and address of the organizer is set forth below.

**Judy Blankenship** **8556 Katy Fwy Ste 102, Houston, TX 77024**

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Judy Blankenship**

Signature of organizer

**FILING OFFICE COPY**

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ Taxpayer number: [redacted]

■ Report year: 2 0 2 1

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name: **ARHAM & AYDIN INVESTMENT, INC.**

Mailing address: **138 SOUTHMORE AVE**

City: **PASADENA** State: **TX** ZIP Code: **77502** Plus 4:

Secretary of State (SOS) file number or Comptroller file number: **0803630208**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:

Principal place of business:

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3207441029421

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) | Mailing address | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|
| ZEESHAN FAREED | Director | ● YES | | 138 SOUTHMORE AVE | PASADENA | TX | 77502 |
| | | ○ YES | | | | | |
| | | ○ YES | | | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: **ZEESHAN FAREED**

○ Blacken circle if you need forms to change the registered agent or registered office information.

Office: **138 SOUTHMORE AVE** City: **PASADENA** State: **TX** ZIP Code: **77502**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here: **Aziz Karim** Title: **Electronic** Date: **02-11-2022** Area code and phone number: **( 832 ) 875 - 6559**

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

(Taxpayer number redacted)

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ Taxpayer number: [redacted]

■ Report year: 2 0 2 2

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name: ARHAM & AYDIN INVESTMENT, INC.

Mailing address: 138 SOUTHMORE AVE

Secretary of State (SOS) file number or Comptroller file number: 0803630208

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| PASADENA | TX | 77502 | |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:

Principal place of business:

***Please sign below!*** Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3207441029422

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) | Mailing address | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|
| ZEESHAN FAREED | Director | ● YES | | 138 SOUTHMORE AVE | PASADENA | TX | 77502 |
| | | ○ YES | | | | | |
| | | ○ YES | | | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: ZEESHAN FAREED

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office | City | State | ZIP Code |
|---|---|---|---|
| 138 SOUTHMORE AVE | PASADENA | TX | 77502 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Aziz Karim | Electronic | 03-09-2022 | ( 832 ) 875 - 6559 |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

(Taxpayer number redacted)

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ Taxpayer number [redacted]

■ Report year 2 0 2 4

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| | | | |
|---|---|---|---|
| Taxpayer name: ARHAM & AYDIN INVESTMENT, INC. | | | |
| Mailing address: 138 SOUTHMORE AVE | | | Secretary of State (SOS) file number or Comptroller file number |
| City: PASADENA | State: TX | ZIP Code: 77502 / Plus 4: | 0803630208 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3207441029424

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| ZEESHAN FAREED | DIRECTOR | ● YES | |
| Mailing address: 138 SOUTHMORE AVE | City: PASADENA | State: TX | ZIP Code: 77502 |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **ZEESHAN FAREED**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office | City | State | ZIP Code |
|---|---|---|---|
| 138 SOUTHMORE AVE | PASADENA | TX | 77502 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Aziz Karim | Electronic | 04-04-2024 | ( 832 ) 875 - 6559 |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

(Taxpayer number redacted)

# Texas Franchise Tax Public Information Report

Texas Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ Taxpayer number: [redacted]

■ Report year: 2 0 2 5

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name: ARHAM & AYDIN INVESTMENT, INC.

Mailing address: 138 SOUTHMORE AVE

Secretary of State (SOS) file number or Comptroller file number: 0803630208

City: PASADENA | State: TX | ZIP Code: 77502 | Plus 4:

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3207441029425

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| ZEESHAN FAREED | DIRECTOR | ● YES | |
| Mailing address: 138 SOUTHMORE AVE | City: PASADENA | State: TX | ZIP Code: 77502 |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | 0.0 |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | 0.0 |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

Agent: ZEESHAN FAREED

○ Blacken circle if you need forms to change the registered agent or registered office information.

Office: 138 SOUTHMORE AVE | City: PASADENA | State: TX | ZIP Code: 77502

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Aziz Karim | Electronic | 01-05-2026 | ( ) - |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

(Taxpayer number redacted)

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

THE STATE OF TEXAS §

COUNTY OF TRAVIS §

I, Bridget Smith, of the Open Records Section of the Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY AND ATTEST, that I am a custodian of tax records and files of the Comptroller of Public Accounts.

I FURTHER CERTIFY that a Texas Limited Sales, Excise, and Use Tax Permit was issued to Arham & Aydin Investment, Inc., taxpayer number [redacted], 138 Southmore Avenue, Pasadena, Texas 77502-1018. The permit status is as follows:

Daiquiri Island To Go #14
1602 Cypress Creek Pkwy
Houston TX 77090
Responsibility Begin Date: 01/07/2023
Active

I FURTHER CERTIFY these records consist of official records or reports or entries therein, or documents authorized by law to be recorded or filed, and actually recorded or filed, in a public office, including data compilations, in any form, certified as correct by the custodian or other person authorized to make the certification.

IN TESTIMONY WHEREBY, I have hereunto signed my name officially and caused to be impressed on this 22nd day of April 2026 A.D.

Bridget Smith, Custodian of Records
Open Records Section
Operations & Support Legal Services Division
Texas Comptroller of Public Accounts

BS



(Taxpayer number redacted)

# BUSINESS RECORDS AFFIDAVIT

STATE OF TEXAS §
§
COUNTY OF TRAVIS §

Before me, the undersigned authority, personally appeared **James Graham, Records Management Officer**, to me well known, and who, after being duly sworn, deposed as follows:

I, **James Graham**, am of sound mind, capable of making this affidavit. I am the duly authorized custodian of records for the Texas Alcoholic Beverage Commission (TABC), and in such capacity, pursuant to Texas Alcoholic Beverage Code §5.44(a)(7), have authority to certify the attached records.

Attached hereto are **2** pages of records maintained by TABC regarding **ARHAM & AYDIN INVESTMENT INC. dba Daiquiri Island Togo #14 | 200090134**.

These said pages of records are kept by TABC in the regular course of business, and it was the regular course of business for an employee or representative of TABC, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

Affiant

SWORN TO AND SUBSCRIBED before me on the 28th day of April, 2026.

ANGELA SMITH,
Notary Public State Of Texas
Notary without Bond #134512204
Commission Expires 8/14/2027
NOTARY PUBLIC STATE OF TEXAS

Angela Smith
Notary Public, State of Texas

Notary's printed name: **Angela Smith**

My commission expires: **August 14, 2027**

TABC R013478-041326

Back Export to Excel

Print Results

| | | | | | |
|---|---|---|---|---|---|
| **Master File Id:** | 2200059120 | | | | |
| **Legacy CLP:** | | | | | |
| **License Type:** | BG | | | | |
| **License Id:** | 200090134 | | | | |
| **Trade Name:** | Daiquiri Island to Go #14 | | | | |
| **Owner:** | ARHAM & AYDIN INVESTMENT INC. | | | | |
| **Location Address:** | 1602 Cypress Creek Pkwy<br>Houston , TX 770903308<br>United States | **Mailing Address:** | 138 Southmore Ave<br>Pasadena , TX 775021018<br>United States | | |
| **County:** | Harris | **Original Issue Date:** | 4/10/2023 | | |
| **License Status:** | Active | **Current Issued Date:** | 4/2/2025 | **Wine Percent:** | Up to 17% |
| **Location Phone No.:** | | **Status Change Date:** | 4/2/2025 | **Gun Sign:** | RED |
| | | **Expiration Date:** | 4/9/2027 | | |
| **Subordinates (list):** | | | | | |

# TEXAS ALCOHOLIC BEVERAGE COMMISSION

**BG -200090134** **Expires:4/9/2027** 17% WINE

WINE AND MALT BEVERAGE RETAILER'S ON-PREMISE
PERMIT (BG)

**DAIQUIRI ISLAND TO GO #14**
**1602 CYPRESS CREEK PKWY**
**HOUSTON, HARRIS, TX, US, 77090**

ARHAM & AYDIN INVESTMENT INC.

EXECUTIVE DIRECTOR

THIS PERMIT IS NOT TRANSFERABLE, MUST BE PUBLICLY DISPLAYED AT ALL TIMES AND USED ONLY IN PLACE OF BUSINESS INDICATED HEREON THE ACCEPTANCE HEREOF CONSTITUTES AN EXPRESS AGREEMENT TO PERMIT ANY AUTHORIZED REPRESENTATIVE OF THE COMMISSION OR ANY PEACE OFFICER TO FREELY ENTER UPON PERMITEES TO PERFORM ANY DUTY IMPOSED UPON HIM.