UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>ARHAM & AYDIN INVESTMENT, INC., *et al.*,<br><br>Defendants. | CASE NO.: 4:26-cv-03853 |

**EXHIBIT B(2)**

# PAUL VS DIAZ PPV
# AUG 5, 2023
# COMMERCIAL PRICING

Rate card is $12.50 a head + $150 activation fee.
Package pricing $8 a head + activations fee.
**Casinos to be charged $15 per head.**
**Minimum price is $550**

| FCO | A La Carte Rate to Customer | Casino Rate to Customer |
|---|---|---|
| 0-50 | $775.00 | $900.00 |
| 51-75 | $1,087.50 | $1,275.00 |
| 76-100 | $1,400.00 | $1,650.00 |
| 101-125 | $1,712.50 | $2,025.00 |
| 126-150 | $2,025.00 | $2,400.00 |
| 151-175 | $2,337.50 | $2,775.00 |
| 176-200 | $2,650.00 | $3,150.00 |
| 201-225 | $2,962.50 | $3,525.00 |
| 226-250 | $3,275.00 | $3,900.00 |
| 251-300 | $3,900.00 | $4,650.00 |
| 300+ | Ask for Pricing | Ask for Pricing |

CONFIDENTIAL

Contact Joe Hand Promotions
**1-800-557-4263**
JOEHANDPROMOTIONS.COM