UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>ARHAM & AYDIN INVESTMENT, INC., *et al.*,<br><br>Defendants. | CASE NO.: 4:26-cv-03853 |

**<u>EXHIBIT B(3)</u>**

# DAZN PIRACY AFFIDAVIT

**STATE OF: Texas**

**COUNTY OF: Harris**

I, the undersigned, being duly sworn according to law, depose and say, that on August 5, 2023, Him, and I, entered the commercial establishment known as Daiquiri Island Togo located at 1602 FM 1960 Road West, Houston, Texas 77090 at approximately 7:05 p.m.

This establishment is described as a one-story building with no apartment(s) on top of the establishment.

I paid the sum of $0.00 cover charge to enter the establishment. There was no door person.

I ordered a Hurricane from the cashier, who is described as an African American male with dark brown hair. He was approximately 22-26 years of age and stood approximately 5'10"-5'11". He weighed approximately 180-190 pounds and was wearing khaki pants and a black shirt.

The manager was located at the aforementioned commercial establishment. He is the previously described cashier.

I observed approximately four (4) flat-screen television sets which are described as approximately 65-75 inches diagonally. I noticed the make Onn on one of the flat screens.

On the television sets, I observed the 5th through 7th rounds of the Welterweight bout between the following boxers Angel Beltran vs. Alan Sanchez.

Angel Beltran was wearing red trunks with gold trim and Alan Sanchez was wearing black trunks.

The following boxer won his bout: Alan Sanchez was winning the rounds I observed.

I also observed the following logos on the screen that are including but not limited to: Fansly, Real Fight Inc., Celsius Live Fit, Betr, DAZN, Most Valuable Promotions, and Fiterman Sports Group.

The inside of the establishment can be described as follows: Upon entering Daiquiri Island Togo, I observed the counter/bar area in the back of the establishment. There was a sign on the counter that read *Daiquiris To Go*. Two of the flat screens were above the counter with the drink and food menu. They had casino video games to the right of the counter and the bathrooms were in the back of the establishment. They had brown tiled floors, a drop ceiling and green tiled walls adjacent to the counter.

In my opinion, the approximate capacity of this establishment is 30-40 people. At the time I was in the establishment, I took three head counts. I counted approximately 3 people on the first

count, 3 people on the second count, and 3 people on the third count.

I left the establishment at approximately 7:46 p.m.

I took two (2) pictures, and I took one (1) video of the exterior of the above-described establishment on August 5, 2023, at approximately 7:03 p.m. I also took six (6) pictures, and I took two (2) videos of the inside of the above-described establishment on August 5, 2023, between approximately 7:06 p.m. and 7:45 p.m. which are attached hereto and made a part hereof and are intended to substantiate and verify the location of my observations as described herein.

There was a parking lot adjacent to the establishment in which I noted the following vehicles:

1) Silver Nissan Altima bearing Texas license plate GRJ 5454.
2) Gray Nissan Versa bearing Texas license plate MPY 6837.
3) Silver Honda Accord bearing Texas license plate PRK 9821.
4) White Ford Escape bearing Texas license plate SNR 5253.

Dated: August 15, 2023
(Date notarized here)

Auditor Signature: [signature]
Print Name: Eugenio Alemany

State of Texas
County of Harris
On the 15th day of August, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared, Eugenio Alemany, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

[signature]
Notary Public

KIMBERLY BENITEZ
NOTARY PUBLIC
STATE OF TEXAS
NOTARY ID 134272271
MY COMM. EXP. 03-27-2027


DAIQUIRI
24 HOUR SERVICE
DAIQUIRIS
MARGARITAS
WINGS & MORE
DRIVE THRU
DAIQUIRIS TO GO
SMOKE - VAPE - HEMP
OPEN
6:57 pm
iPhone
AUX front
Set wireless devices
Connections


DAIQUIRIS TO GO
SMOKE- VAPE-HEMP
DAIQUIRI ISLAND TO GO
SMOKE SHOP
DAIQUIRI ISLAND TO GO


DAIQUIRIS
TO GO
TO GO!
CAUTION
ADD US ON SNAPCHAT
@daiquiritogo


ISLAND
FROZEN
CELSIUS
DAIQUIRI ISLAND
TO GO!


CELSIUS
FROZEN
PICK UP
DAIQUIR
ISLAND
TO GO


WINGS
SIDES
CUIDADO
ATTENTION
CAUTION




DAZN
CELSIUS
SANCHEZ
BELTRAN
PICK UP


DA
ZN
SANCHEZ
BELTRAN
PICK UP


CLASSIC
MARGARITA
PINA-COLADA
OCTANE
HYPNOTIC
WHITE RUSSIAN
LONG ISLAND TEA
LIQUID MARIJUANA
BEER
Corona - Modelo
Dos Equis XX & More !
ISLAND FOOD
WINGS
8 pcs / 16pcs
24 pcs / 32 pcs
WING FLAVORS
(BUFFALO, BBQ, HONEY CHIPOTLE, LEMMON PEPPER, GARLIC PARMESAN, CAJUN, NO SAUCE)
SHOTS
Jello: $3
Rum: $3
Patron: $3
Whiskey: $3
CBD/ DELTA : $3
Jello Injectors: $4.99
MICHELADAS
24 OZ - $ 9.99
32 OZ- $14.99
44 OZ - $19.99
VIRGIN DAIQUIRIS
ASK FOR HOUSE SPECIALS !
CBD/ DELTA PRODUCTS
Gummies
Hemp
Vape & More !
ASK FOR SPECIALS
SIDES
REGULAR FRIES
CAJUN FRIES
MOZZARELLA STICKS 4 PCS
JALAPENO POPPERS 6 PCS
FROZEN
AIQUIRIS
TO GO
CUIDADO
ATTENTION
CAUTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>ARHAM & AYDIN INVESTMENT, INC., *et al.*,<br><br>Defendants. | CASE NO.: 4:26-cv-03853 |

**VIDEOS ATTACHED TO AND MADE A PART OF EXHIBIT B(3)**

*Please see* the attached envelope containing a CD with videos titled as follows:

- Ext. #1.MP4
- Int. #1.MP4
- Int. #2.MP4

In addition, below is a link containing the above referenced videos as follows:

https://www.dropbox.com/scl/fo/4s8nsr2l20u3u8pjqh7wu/AMAiHd6l3cBHkrbbdc3rkaU?rlkey=ul0zblkvko9k7t2x2rc7xbh5t&st=uc6sgvfq&dl=0