UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>ARHAM & AYDIN INVESTMENT, INC., *et al.*,<br><br>Defendants. | CASE NO.: 4:26-cv-03853 |

**<u>EXHIBIT C</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>ARHAM & AYDIN INVESTMENT, INC., *et al.*,<br><br>Defendants. | CASE NO.: 4:26-cv-03853 |

**DECLARATION OF RYAN R. JANIS, ESQ.**

I, RYAN R. JANIS, declare as follows:

1. My name is Ryan R. Janis. I am over the age of 18 years and competent to make this declaration. I am an attorney duly licensed in the Commonwealth of Pennsylvania and the State of New Jersey, and I am an owner at Jekielek & Janis. I am the national counsel and attorney in fact for Plaintiff, Joe Hand Promotions, Inc. and have been for approximately fifteen (15) years. By virtue of my duties, the facts stated in this declaration are within my personal knowledge and are true and correct.

2. Plaintiff, Joe Hand Promotions, Inc. hired the law firm of Jekielek & Janis to, in part, assist Plaintiff in connection with the discovery and prosecution of piracy of its proprietary programming.

3. Attached to this declaration as Exhibit C(1) is a screen shot I took from social media, namely the Instagram Page with the username of "daiquiriislandtogo," advertising the broadcast of the August 5, 2023 audiovisual closed-circuit broadcast of the *Jake Paul vs. Nate Diaz* boxing program at Daiquiri Island To Go located at 1602 FM 1960 Rd. West, Houston, Texas 77090 stating, in part, "Daiquiri Island Togo would like to invite everyone to come and enjoy this event with us…#daiquiris#paulvsdiaz…#payperview…" I captured the screen shot attached to this declaration as Exhibit C(1), which screen shot is of the computer screen and shows what I could see, as a member of the public, on social media.

4. In my social media searches, I do not "friend" or "like" or take any affirmative steps to enable me to view that which is not made available for viewing by the public.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 3RD day of September, 2026 at Trevose, Pennsylvania.

______________________________

Ryan R. Janis, Esq.