UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>ARHAM & AYDIN INVESTMENT, INC., *et al.,*<br><br>Defendants. | CASE NO.: 4:26-cv-03853 |

**EXHIBIT C(1)**


Daiquiri Island To Go (@daiquiri
instagram.com/p/Cvg4L6MO5U8/
YouTube
Maps
Westlaw Sign In | T...
Simplicity™ - Login
Facebook
73: Ohio: The Bellw...
Instagram
TikTok - Make Your...
Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
MVP MOST VALUABLE PROMOTIONS
LIVE ON DAZN PPV
REAL FIGHT INC.
JAKE PAUL VS NATE DIAZ
LIVE ON PAY-PER-VIEW GLOBALLY
SAT AUG 5
DALLAS, TX
#PaulDiaz
daiquiriislandtogo • Follow
daiquiriislandtogo Daiquiri Island Togo would like to invite everyone to come and enjoy this event with us at our 1960 location only!
Address: 1602 FM 1960 Rd West
Houston Tx 77090
#daiquiris #paulvsdiaz #mma #fights #payperview #free #wings
5w
19 likes
AUGUST 4
Add a comment...
79°F
Sunny
Search
12:11 PM
9/12/2023