UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>ARHAM & AYDIN INVESTMENT, INC., *et al.*,<br><br>Defendants. | CASE NO.: 4:26-cv-03853 |

**<u>EXHIBIT D(1)</u>**

# INVOICE

*Professional Civil Process*

REMIT PAYMENT TO:
***103 Vista View Trail***
***Spicewood, TX, 78669***

QUESTIONS REGARDING CHARGES ON THIS INVOICE ARE TO BE DIRECTED TO THE BILLING DEPARTMENT AT: (512) 477-3500

EIN NO.:76-0068034
A CORPORATION - NO 1099 REQUIRED

| Customer | Date | Invoice |
|---|---|---|
| 10073 | 06/04/26 | A26505120 |

Phone: (832) 584-0106
Fax# : (888) 247-0443

**Bill To:**
King, Jamie
Jamie King, P.C.
PO Box 5757
Kingwood TX 77325

**Case Info:** JOE HAND PROMOTIONS, INC.
vs. ARHAM & AYDIN INVESTMENT, INC., D/B/A DAIQUIRI ISLAND TO GO #14,
**Court:** Southern District of Texas - Houston Division
**Case#:** 4:26-CV-03853
**Your Ref#:** JHP-26-47 Received On: 05/18/26

**Regarding:** Personally Served FAREED, ZEESHAN at 138 SOUTHMORE AVE Pasadena, TX 77502 on 05/22/26 at 16:35:00
**Documents:** SUMMONS; CIVIL COVER SHEET; COMPLAINT; ORDER FOR SCHEDULING CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES; HON. NICHOLAS J. GANJEI'S COURT PROCEDURES

| | | |
|---|---|---|
| PG | COPY PAGES | 8.75 |
| AP | REGULAR ADD'L PAPER | 35.00 |
| ND | NOTARY FEE | 10.00 |

| | | |
|---|---|---|
| **INVOICE TOTAL:** | **$** | **53.75** |
| **PAID TO DATE:** | **$** | **.00** |
| **LATE FEE:** | **$** | **.00** |
| **BALANCE DUE:** | **$** | **53.75** |

-----------------------------------[PLEASE DETACH AND RETURN]------------------------

*Professional Civil Process*

~A26505120+

**Bill To:**
King, Jamie
Jamie King, P.C.
PO Box 5757
Kingwood TX 77325

a

| Customer | Date | Invoice |
|---|---|---|
| 10073 | 06/04/26 | A26505120 |

BALANCE DUE: $ 53.75

Return to: Professional Civil Process
103 Vista View Trail
Spicewood, TX, 78669

INVOICE DUE AND PAYABLE UPON RECEIPT (IF PAID BY INVOICE), ALL CHARGES NOT PAID WITHIN 30 DAYS FROM THE FIRST MONTHLY STATEMENT THAT CONTAINS THIS INVOICE ARE SUBJECT TO A SERVICE CHARGE AT THE RATE OF .5% PER 30 DAYS, 6% PER ANNUM.

jackiem

# INVOICE

*Professional Civil Process*

REMIT PAYMENT TO:
***103 Vista View Trail***
***Spicewood, TX, 78669***

QUESTIONS REGARDING CHARGES ON THIS INVOICE ARE TO BE DIRECTED TO THE BILLING DEPARTMENT AT: (512) 477-3500

EIN NO.:76-0068034
A CORPORATION - NO 1099 REQUIRED

| Customer | Date | Invoice |
|---|---|---|
| 10073 | 06/04/26 | A26505124 |

**Bill To:**
King, Jamie
Jamie King, P.C.
PO Box 5757
Kingwood TX 77325

Phone: (832) 584-0106
Fax# : (888) 247-0443

**Case Info:** JOE HAND PROMOTIONS, INC.
vs. ARHAM & AYDIN INVESTMENT, INC., D/B/A DAIQUIRI ISLAND TO GO #14,
**Court:** Southern District of Texas - Houston Division
**Case#:** 4:26-CV-03853
**Your Ref#:** JHP-26-47 Received On: 05/18/26

**Regarding:** Personally Served ARHAM & AYDIN INVESTMENTS, INC., D/B/A DAIQUIRI ISLAND TO GO #14, D/B/A DAIQUIRI ISLAND TO GO, D/B/A DAIQUIRIS TO GO BY DELIVERING TO ITS REGISTERED AGENT, ZEESHAN FAREED at 138 SOUTHMORE AVE Pasadena, TX 77502 on 05/22/26 at 16:35:00
**Documents:** SUMMONS; CIVIL COVER SHEET; COMPLAINT; ORDER FOR SCHEDULING CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES; HON. NICHOLAS J. GANJEI'S COURT PROCEDURES

| | | |
|---|---|---|
| PG | COPY PAGES | 8.75 |
| S | REGULAR I/C SERVED | 95.00 |
| ND | NOTARY FEE | 10.00 |

| | |
|---|---|
| **INVOICE TOTAL:** | **$ 113.75** |
| **PAID TO DATE:** | **$ .00** |
| **LATE FEE:** | **$ .00** |
| **BALANCE DUE:** | **$ 113.75** |

-----------------------------------[PLEASE DETACH AND RETURN]------------------------

*Professional Civil Process*

~A26505124+

**Bill To:**
King, Jamie
Jamie King, P.C.
PO Box 5757
Kingwood TX 77325

a

| Customer | Date | Invoice |
|---|---|---|
| 10073 | 06/04/26 | A26505124 |

BALANCE DUE: $ 113.75

Return to: Professional Civil Process
103 Vista View Trail
Spicewood, TX, 78669

INVOICE DUE AND PAYABLE UPON RECEIPT (IF PAID BY INVOICE), ALL CHARGES NOT PAID WITHIN 30 DAYS FROM THE FIRST MONTHLY STATEMENT THAT CONTAINS THIS INVOICE ARE SUBJECT TO A SERVICE CHARGE AT THE RATE OF .5% PER 30 DAYS, 6% PER ANNUM.

jackiem